No. 87–1318. VOLT INFORMATION SCIENCES, INC. *v.* BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY. Appeal from Ct. App. Cal., 6th App. Dist. Further consideration of question of jurisdiction postponed to hearing of case on the merits. JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 87–1303. ALLEGHENY PITTSBURGH COAL CO. *v.* COUNTY COMMISSION OF WEBSTER COUNTY, WEST VIRGINIA; and

No. 87–1310. EAST KENTUCKY ENERGY CORP. ET AL. *v.* COUNTY COMMISSION OF WEBSTER COUNTY, WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 87–6325. PERRY *v.* LEEKE, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 87–892. ARRANT *v.* ALABAMA ET AL. Ct. Crim. App. Ala. Certiorari denied.

No. 87–1000. WATTAWA *v.* WISCONSIN DEPARTMENT OF HEALTH AND SOCIAL SERVICES–PROBATION. C. A. 7th Cir. Certiorari denied.

No. 87–1038. CITY OF AURORA, BY AND THROUGH ITS MAYOR AND CITY COUNCIL, ET AL. *v.* NEPHEW ET AL. C. A. 10th Cir. Certiorari denied.

No. 87–1062. FARAH *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 87–1070. FOREIGN CREDIT INSURANCE ASSN. *v.* NU-AIR MANUFACTURING CO. C. A. 11th Cir. Certiorari denied.

No. 87–1092. ONE 1984 LINCOLN MARK VII TWO-DOOR ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.